UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-CV-61685-WPD

MICHAEL STEEL,

     Plaintiff,

vs.

SERGIO PEREZ, individually,
and the CITY OF OPA-LOCKA,
a Florida Municipal corporation,

     Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, MICHAEL STEEL, by and through his undersigned counsel and pursuant to

Rule 41(a)(1)(A)(I), Fed.R.Civ.P., hereby voluntarily dismisses this action without prejudice.

Respectfully submitted,

/s/ Tamatha S. Alvarez
TAMATHA S. ALVAREZ (151467)
tsalaw@hotmail.com
MARTIN, LISTER & ALVAREZ
1655 N. Commerce Parkway, Suite 102
Weston, FL 33326
Telephone:    (954) 659-9322
Facsimile:    (954) 659-9909
*Counsel for STEEL*

*Michael Steel v. Sergio Perez, et al.*
*Case No.: 22-cv-61685-WPD*

## SERVICE LIST
CASE NO: 22-cv-61685-WPD

### *Counsel for Sergio Perez*
Lourdes E. Wydler, Esquire
Marrero & Wydler
2600 Douglas Road, PH-4
Coral Gables, Florida 33134
Telephone:     (305) 446-5528
Facsimile:     (305) 446-0995
Email:          lew@marrerolegal.com
                Dinah@marrerolegal.com
                Guertty@marrerolegal.com

### *Counsel for City of Opa-Locka*
Christopher J. Stearns, Esquire
Jonathan H. Railey, Esquire
Jonhson, Anselmo, et al.
2455 E. Sunrise Blvd., Suite 1000
Ft. Lauderdale, Florida 33304
Telephone:     954-463-0100
Email:          stearns@jambg.com
                young@jambg.com
                railey@jambg.com
                Garrido@gambg.com
                Nunez@jambg.com