UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-CV-61685-WPD

MICHAEL STEEL,

    Plaintiff,

vs.

SERGIO PEREZ, individually,
and the CITY OF OPA-LOCKA,
a Florida Municipal corporation,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, MICHAEL STEEL, and Defendant, SERGIO PEREZ, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P., hereby stipulate to the dismissal of this action in its entirety, without prejudice, each party to bear its own costs and attorney's fees.

Dated: October 20, 2022.

Respectfully submitted,

| | |
|---|---|
| /s/ Lourdes E. Wydler | /s/ Tamatha S. Alvarez |
| LOURDES E WYDLER (719811) | TAMATHA S. ALVAREZ (151467) |
| lew@marrerolegal.com | tsalaw@hotmail.com |
| MARRERO & WYDLER | MARTIN, LISTER & ALVAREZ |
| 2600 Douglas Road, PH-4 | 1655 N. Commerce Parkway, Suite 102 |
| Coral Gables, Florida 33134 | Weston, FL 33326 |
| Telephone:   (305) 446-5528 | Telephone:   (954) 659-9322 |
| Facsimile:    (305) 446-0995 | Facsimile:    (954) 659-9909 |
| *Counsel for PEREZ* | *Counsel for STEEL* |